STATE OF INDIANA     )
                     )  SS:
COUNTY OF JACKSON )

IN THE JACKSON **SUPERIOR 1** COURT

CAUSE NO. 36D01-1602-CT-13

LISA CRAMER and LARRY CRAMER  )
                              )
      Plaintiffs,             )
                              )
v.                            )
                              )
HOME DEPOT U.S.A., INC.,      )
                              )
      Defendant.              )

## SUMMONS

TO DEFENDANT:  Home Depot U.S.A., INC.
               c/o Corporation Service Company, Registered Agent
               251 East Ohio Street, Suite 500
               Indianapolis, Indiana 46204

You are hereby notified that you have been sued by the person named as Plaintiff and in the Court indicated above. The nature of the suit against you is stated in the Complaint which is attached to this Summons. It also states the relief sought or the demand made against you by the Plaintiff.

An answer or other appropriate response in writing to the Complaint must be filed either by you or your attorney within twenty (20) days, commencing the day after you receive this Summons, (and twenty-three (23) days if this Summons was received by mail), or a judgment by default may be rendered against you for the relief demanded by Plaintiff.

If you have a claim for relief against the Plaintiff arising from the same transaction or occurrence, you must assert it in your written answer.

_____3·2·16_____                           _Amanda L. Lowery_
       Date                                Clerk of the Jackson County Courts

                                           1420 Corporate Way
                                           Seymour, IN 47274

David W. Craig, #4356-98                   The following manner of service of Summons
Scott A. Faultless, #15736-49              is hereby designated:
CRAIG KELLEY & FAULTLESS LLC               __X__ Registered or certified mail.
5845 Lawton Loop East Drive                _____ Personal Service by Sheriff.
Indianapolis, IN 46216                     _____ Service upon Defendant at employer:
(317) 545-1760                             _____ Service upon agent or other:



DEFENDANT'S EXHIBIT A

## CLERK'S CERTIFICATE OF MAILING

I hereby certify that on the _____ day of _____, 20____, I mailed a copy of this Summons and a copy of the Complaint to the Defendant _____, by _____ mail, requesting a return receipt, at the address furnished by the Plaintiff.

Dated: _____

_____
Clerk of Jackson County Courts

## RETURN ON SERVICE OF SUMMONS BY MAIL

I hereby certify that the attached return receipt was received by me showing that the Summons and a copy of the Complaint mailed to Defendant, _____, was accepted by the Defendant on the _____ day of _____, 20____.

I hereby certify that the attached return receipt was received by me on the _____ day of _____, 20_____, showing that the Summons and a copy of the Complaint was returned not accepted.

I hereby certify that the attached return receipt was received by me showing that the Summons and a copy of the Complaint mailed to Defendant _____, was accepted by _____ (Age) _____ on behalf of said Defendant on the _____ day of _____, 20____.

_____
Clerk of Jackson County Courts

## SERVICE ACKNOWLEDGED

A copy of the within Summons and a copy of the Complaint attached thereto were received by me at _____.

_____     _____
Date                         Signature of Defendant

## RETURN ON SERVICE OF SUMMONS

I hereby certify that I have served the within Summons:

(1) By delivering a copy of the Summons and a copy of the Complaint to Defendant, _____ _____ on the _____ day of _____, 20____.
(2) By leaving a copy of the Summons and a copy of the Complaint at _____ _____ the dwelling place or usual place of abode of the Defendant _____, with a person of suitable age and discretion residing therein, namely _____ and by mailing a copy of the Summons to the Defendant by first class mail, to the address listed on the Summons, the last known address of the Defendant.

_____
Sheriff of Jackson County, Indiana

By: _____

| | | |
|---|---|---|
| STATE OF INDIANA ) | | IN THE JACKSON **SUPERIOR 1** COURT |
| ) SS: | | |
| COUNTY OF JACKSON ) | | CAUSE NO. 36D01-1602-CT-13 |

LISA CRAMER and LARRY CRAMER,

    Plaintiffs,

v.

HOME DEPOT U.S.A., INC.,

    Defendant.

FILED
FEB 2 5 2016
Amanda L. Lowery
CLERK, JACKSON CIRCUIT COURT
BROWNSTOWN, INDIANA

## COMPLAINT

Plaintiffs Lisa Cramer and Larry Cramer, by counsel, hereby assert their claims for relief against Defendant Home Depot U.S.A., Inc. In support hereof, the Plaintiffs state and allege:

1. At all times relevant herein, Lisa Cramer and Larry Cramer were husband and wife, living together and domiciled in Greensburg, Indiana.

2. At all times relevant herein, Home Depot U.S.A., Inc. was doing business in Jackson County, Indiana.

3. At all times relevant herein, Home Depot U.S.A., Inc. owned, occupied, possessed and controlled the property at 1714 Tipton Street, Seymour, Indiana, upon which a Home Depot Store #2021 is located.

4. On April 29, 2014, Lisa Cramer was shopping inside the Home Depot Store #2021.

1

5. On said date, the Home Depot Store #2021 had wood planks positioned in shelving that were not properly secured.

6. On said date, while in Home Depot Store #2021, wood planks fell and struck Lisa Cramer.

7. On April 29, 2014, Home Depot U.S.A., Inc. owed various duties, including but not limited to:

> a. a duty to maintain the premises in a reasonably safe condition; and
>
> b. a duty to inspect the premises from time-to-time in a reasonable effort to discover and remedy defects that made the premises unsafe.

8. Home Depot U.S.A., Inc. knew of, or by the exercise of reasonable care should have discovered, the unsafe condition of improperly shelved wood planks, and should have realize that it involved an unreasonable risk of harm to Lisa Cramer and others similarly situated.

9. Home Depot U.S.A., Inc. should have expected that Lisa Cramer would not discover or realize the unsafe condition of improperly shelved wood planks, or would fail to protect herself against it.

10. On April 29, 2014, Home Depot U.S.A., Inc. negligently breached the duties that were owed. Home Depot U.S.A., Inc.'s breaches include, but are not limited to:

> a. failing to maintain the premises in a reasonably safe condition; and
>
> b. failing to inspect the premises from time-to- time in a reasonable

effort to discover and remedy defects that made the premises unsafe.

11. Some of Home Depot U.S.A., Inc.'s negligent and careless acts or omissions may have been violations of ordinances. Home Depot U.S.A., Inc.'s violation of the ordinances proximately caused the damages and injuries Lisa Cramer has sustained. There was no excuse or justification in Home Depot U.S.A., Inc.'s violation of the ordinances.

12. The ordinances Home Depot U.S.A., Inc. may have violated were designed to protect the class of persons in which Lisa Cramer is included. The ordinances were designed to protect persons, including Lisa Cramer, against the risk of harm which occurred as a result of said violations.

13. As a direct and proximate result of Home Depot U.S.A., Inc.'s negligence, Lisa Cramer sustained physical and emotional injuries, which might be permanent in nature and have affected the ability to function as a whole person.

14. As a direct and proximate result of Home Depot U.S.A., Inc.'s negligence, Lisa Cramer sustained physical pain and mental suffering, and it is likely physical pain and mental suffering will be experienced in the future, as a result of the injuries.

15. As a direct and proximate result of Home Depot U.S.A., Inc.'s negligence, Lisa Cramer incurred reasonable expenses for necessary medical care, treatment and services, and it is likely expenses for future medical care, treatment, and service will also be incurred.

16. As a direct and proximate result of Home Depot U.S.A., Inc.'s negligence, Lisa Cramer may have lost earnings, profits or income.

17. As a direct and proximate result of Home Depot U.S.A., Inc.'s negligence, Lisa Cramer's earning capacity may have been lost or impaired.

18. As a direct and proximate result of Home Depot U.S.A., Inc.'s negligence, Lisa Cramer's injuries have caused a bodily disfigurement or deformity.

19. As a direct and proximate result of Home Depot U.S.A., Inc.'s negligence, Lisa Cramer may have been otherwise damaged and injured.

20. As a direct and proximate result of Home Depot U.S.A., Inc.'s negligence, Larry Cramer lost the care, society, companionship, support and service of a spouse, Lisa Cramer, and it is likely that said care, society, companionship, support, or service will be lost in the future.

21. As a direct and proximate result of Home Depot U.S.A., Inc.'s negligence, Larry Cramer may have lost earnings, profits or income.

22. As a direct and proximate result of Home Depot U.S.A., Inc.'s negligence, Larry Cramer may have been otherwise damaged and injured.

WHEREFORE, Plaintiffs Lisa Cramer and Larry Cramer pray that the Court enters a judgment against Defendant Home Depot U.S.A., Inc., and for Plaintiffs Lisa Cramer and Larry Cramer, in an amount sufficient to reasonably compensate Plaintiffs Lisa Cramer and Larry Cramer for the damages incurred and injuries sustained, for costs, for a trial by jury on all issues in this cause, and all other just

and proper relief in the premises.

                    Respectfully submitted,

                    CRAIG KELLEY & FAULTLESS

                    David W. Craig, #4356-98

                    Scott A. Faultless, #15736-49

Attorneys for Plaintiffs:

CRAIG KELLEY & FAULTLESS
5845 Lawton Loop East Drive
Indianapolis, IN 46216
(317) 545-1760
(317) 545-1794 (facsimile)

5



UNITED STATES POSTAGE
PITNEY BOWES
$ 007.67⁰
02 1P
0004677739
MAILED FROM ZIP CODE 46216

CERTIFIED MAIL

7015 0640 0003 2662 1982

Jackson Superior Court 1 Clerk
P.O. Box 788
1420 Corporate Way
Seymour, IN 47274

Home Depot U.S.A., INC.
c/o Corporation Service
Company, Registered Agent
251 East Ohio Street, Suite 500
Indianapolis, Indiana 46204

| | | |
|---|---|---|
| STATE OF INDIANA ) | | IN THE JACKSON __SUPERIOR 1__ COURT |
| ) SS: | | |
| COUNTY OF JACKSON ) | | CAUSE NO. 36D01-1602-CT-13 |

LISA CRAMER and LARRY CRAMER,

    Plaintiffs,

v.

HOME DEPOT U.S.A., INC.,

    Defendant.

FILED
FEB 25 2016
Amanda L. Lowery
CLERK, JACKSON CIRCUIT COURT
BROWNSTOWN, INDIANA

## APPEARANCE OF ATTORNEY IN CIVIL CASE

Party Classification:    Initiating __X__    Responding ____    Intervening ____

1. The undersigned attorney and all attorneys listed on this form now appear in this case for Plaintiffs Lisa Cramer and Larry Cramer.

2. Applicable attorney information for service as required by Trial Rule 5(B)(2) and for case information as required by Trial Rules 3.1 and 77(B) is as follows:

> David W. Craig, #4356-98
> Scott A. Faultless, #15736-49
> William J. Kelley, #16989-69
> Christopher M. Barry, #26254-49
> Alexander R. Craig, #31273-49
> Samantha C. Craig, #32553-49
> CRAIG KELLEY & FAULTLESS LLC
> 5845 Lawton Loop East Drive
> Indianapolis, IN 46216
> (317) 545-1760
> (317) 545-1794 (facsimile)
> ccrabtree@ckflaw.com (e-mail address)

3. There are other party members. Yes __X__ No ____.

4. The Clerk is requested to assign this case the following Case Type under

Administrative Rule 8(b)(3): **CT**

5. I will accept service by FAX only at the above noted number. Yes _X_ No ___

6. This case involves support issues: Yes ___ No _X_

7. There are related cases: Yes ___ No _X_

8. This form has been served on all other parties   Certificate of Service is attached: Yes _X_ No ___

9. Additional information required by local rule.   <u>No other information is required by local rule</u>.

Respectfully submitted,

CRAIG KELLEY & FAULTLESS LLC

_____
David W. Craig, #4356-98

_____
Scott A. Faultless, #15736-49

<u>Attorneys for Plaintiffs</u>:

CRAIG KELLEY & FAULTLESS LLC
5845 Lawton Loop East Drive
Indianapolis, IN 46216
(317) 545-1760
(317) 545-1794 (facsimile)

## CERTIFICATE OF SERVICE

I hereby certify that a true and accurate copy of the foregoing Appearance of Initiating Party has been served with the Summons and Complaint.

_____
Scott A. Faultless